**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7287**

———————

EDMUND GEORGE NOWICKI,

                                    Petitioner - Appellant,

        versus

STATE OF MARYLAND,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-2116-PJM)

———————

Submitted:  November 21, 2002        Decided:  December 3, 2002

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Edmund George Nowicki, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edmund Nowicki, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000), which it construed as a petition pursuant to 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See Nowicki v. State of Maryland, No. CA-02-2116-PM (D. Md. July 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2